FILED
November 16, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASWINDER SHANKER

    Defendant.

Case No. 2:23-mj-00147-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JASWINDER SHANKER</u> Case No. <u>2:23-mj-00147-KJN</u> Charges <u>18 USC § 371</u> from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $ 250,000.00

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    _____ (Other): _.

Issued at Sacramento, California on November 16, 2023, at 2:00 PM.

Dated: November 16, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE